UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00007-LK |
| Plaintiff, | ORDER CONTINUING SUPERVISED RELEASE EVIDENTIARY HEARING |
| v. | |
| DANIEL DAWSON, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion to Continue Supervised Release Evidentiary Hearing. Dkt. No. 12.

Defendant Daniel Dawson was previously sentenced in the Eastern District of Washington to 24 months' imprisonment and a three-year term of supervised release following his guilty plea to the charge of Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1). Dkt. No. 2-1 at 1–2; Dkt. No. 2-2 at 2. On August 28, 2025, while on supervised release in the Western District of Washington, *see* Dkt. No. 1, the United States Probation Office filed a Violation Report alleging that Mr. Dawson had violated the terms of his supervision by committing the offense of

assault in the fourth degree on August 16, 2025, and by subsequently failing to notify his probation officer of his arrest for that assault within 72 hours. Dkt. No. 5 at 1–2. At his initial appearance regarding revocation of supervised release, Mr. Dawson denied both allegations. Dkt. No. 9. An evidentiary hearing on the violations is currently scheduled to occur before this Court on October 7, 2025 at 10:00 a.m. *Id.*

The parties indicate that Mr. Dawson is now facing charges in Yakima County arising out of the alleged assault underlying the violations now at issue before this Court. Dkt. No. 12 at 2. Because those charges are currently pending, and "to give the parties additional time to determine how they intend to proceed in the instant matter," they therefore jointly request that the Court continue Mr. Dawson's evidentiary hearing in this case to November 20, 2025 at 10:00 a.m. *Id.*

Based on the above, the Court finds that the parties have shown good cause and that granting the continuance will still allow the evidentiary hearing to be held "within a reasonable time[.]" Fed. R. Crim. P. 32.1(b)(2). Therefore, the Court GRANTS the stipulated motion, Dkt. No. 12, and continues the evidentiary hearing to November 20, 2025 at 10:00 a.m.

Dated this 1st day of October, 2025.

Lauren King
United States District Judge